United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREGORY NICHOLAS STESHENKO, | CASE NO. 5:13-cv-04948 EJD |
| Plaintiff(s), | **ORDER REFERRING CASE TO JUDGE LUCY H. KOH FOR CONSIDERATION OF RELATED CASE STATUS** |
| v. | |
| GERALDINE M. ALBEE, et. al., | |
| Defendant(s). | |

Pursuant to Civil Local Rule 3-12(c), the above-entitled action is referred to the Honorable Lucy H. Koh for a determination as to whether this case is related to Steshenko v. Gayrard, Case No. 5:13-cv-03400 LHK, an action currently pending before Judge Koh.

**IT IS SO ORDERED.**

Dated: October 25, 2013

EDWARD J. DAVILA
United States District Judge

1

CASE NO. 5:13-cv-04948 EJD
ORDER REFERRING CASE TO JUDGE LUCY H. KOH FOR CONSIDERATION OF RELATED CASE STATUS