UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY NICHOLAS STESHENKO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SUZANNE GAYRARD, et al.,<br><br>　　　　Defendants. | Case No.  5:13-cv-03400 LHK (HRL)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION TO COMPEL**<br><br>[Re:  Dkt. 30] |

Plaintiff's motion for leave to file a motion to compel disclosure of the names and locations of certain defendants is denied.  The court has "stay[ed] discovery until any of Plaintiff's claims survive a motion to dismiss."  (Dkt. 36).  The docket indicates that defendants' first motion to dismiss was granted and that they have a pending motion to dismiss the first amended complaint.  This ruling is without prejudice to plaintiff to seek the information he wants in discovery and through proper discovery tools, if any of his claims proceed beyond the pleading stage.

Dated:  September 16, 2014

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:13-cv-03400-LHK Notice has been electronically mailed to:

Gregory Nicholas Steshenko     gsteshen@yahoo.com, gsteshen@rocketmail.com

Jeffrey Richard Vincent     Jeffrey.Vincent@doj.ca.gov, bernie.hardy@doj.ca.gov, shontane.adams@doj.ca.gov

Rohit Kodical     rohit.kodical@doj.ca.gov, bernie.hardy@doj.ca.gov, denise.geare@doj.ca.gov, ecfcoordinator@doj.ca.gov