**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREGORY NICHOLAS STESHENKO, ) | Case No.: 13-CV-03400-LHK |
| ) | |
| Plaintiff, ) | ORDER |
| v. ) | |
| ) | |
| SUZANNE GAYRARD, et al., ) | |
| ) | |
| Defendants. ) | |

Pursuant to Civil Local Rule 7-1(b), the Court finds the Defendants' motion to dismiss appropriate for resolution without a hearing and hereby VACATES the hearing set for September 18, 2014 at 1:30 p.m. The Case Management Conference set for September 24, 2014 at 2 p.m. remains as set.

**IT IS SO ORDERED.**

Dated: September 17, 2014

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 13-CV-03400-LHK
ORDER