United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| GREGORY NICHOLAS STESHENKO,<br><br>                    Plaintiff,<br>    v.<br><br>SUZANNE GAYRARD, et al.,<br><br>                    Defendants.<br>GREGORY NICHOLAS STESHENKO,<br><br>                    Plaintiff,<br>    v.<br><br>GERALDINE M. ALBEE, et al.,<br><br>                    Defendants. | Case Nos.:  13-CV-03400-LHK<br>                13-CV-04948-LHK<br><br>CASE MANAGEMENT ORDER |

      The Court continues the October 8, 2014 case management conference to January 14, 2014 at 2 p.m.

      The parties filed no objections to the Court's October 3, 2014 proposed case schedule. The case schedule is therefore set as follows:

FACT DISCOVERY CUTOFF: April 15, 2015

EXPERT DISCOVERY:
    Opening Reports: April 30, 2015
    Rebuttal Reports: May 14, 2015
    Close of Expert Discovery: May 29, 2015

DISPOSITIVE MOTIONS shall be filed by June 11, 2015, and set for hearing no later than July 9, 2015 at 1:30 p.m. The parties are limited to one dispositive motion per side in the entire case.

1

FINAL PRETRIAL CONFERENCE: August 27, 2015, at 1:30 p.m.

JURY TRIAL: September 14, 2015, at 9 a.m. Trial is expected to last 7 days.

**IT IS SO ORDERED.**

Dated:   October 6, 2014

_____
LUCY H. KOH
United States District Judge