UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| GREGORY NICHOLAS STESHENKO,<br><br>  Plaintiff,<br><br>  v.<br><br>SUZANNE GAYRARD, et al.,<br><br>  Defendants. | Case No. 13-CV-03400-LHK<br>         13-CV-04948-LHK<br><br>**ORDER RE EX PARTE COMMUNICATION AND FILING DOCUMENTS UNDER SEAL** |
| GREGORY NICHOLAS STESHENKO,<br><br>  Plaintiff,<br><br>  v.<br><br>GERALDINE ALBEE, et al.,<br><br>  Defendants. | |

On December 19, 2014, Mr. Steshenko sent the attached email to Courtroom Deputy Stacy Sakamoto requesting that the Court file certain attached exhibits under seal. This email is an ex parte communication with the Court that is prohibited by Civil Local Rule 11-4(c) and will be disregarded as such.

The only email communications that the parties are allowed to have with the Courtroom Deputy are non-substantive scheduling communications and must include opposing counsel. All substantive issues must be discussed in filings.

Mr. Steshenko may refer to Civil Local Rule 79-5, available on the Court's website, for information regarding how to file documents under seal and the requirements for such sealing.

1
Case Nos.:13-cv-03400-LHK; 13-cv-04948-LHK
ORDER RE EX PARTE COMMUNICATION AND FILING DOCUMENTS UNDER SEAL

**IT IS SO ORDERED**.

Dated: December 23, 2014

_____
LUCY H. KOH
United States District Judge

2
Case Nos.:13-cv-03400-LHK; 13-cv-04948-LHK
ORDER RE EX PARTE COMMUNICATION AND FILING DOCUMENTS UNDER SEAL

| | |
|---|---|
| **From:** | Greg Steshenko <gsteshen@yahoo.com> |
| **To:** | "lhkcrd@cand.uscourts.gov" <lhkcrd@cand.uscourts.gov> |
| **Cc:** | <LHKpdf@cand.uscourts.gov> |
| **Date:** | Friday, December 19, 2014 07:44PM |
| **Subject:** | 5:13-cv-03400-LHK and 5:13-cv-04948-LHK Confidential Exhibits |

For Follow up: 📌 Normal Priority.

History:   ↳ This message has been forwarded.

---

Dear Ms. Sakamoto,

The attached exhibits are confidential. They are about the private family matters, and should be filed under seal.

They relate to the following dockets:

   5:13-cv-03400-LHK   Docket 77

   5:13-cv-04948-LHK   Docket 55

                    Thanks,
                         -Greg Steshenko


Attachments:
 -CONFIDENTIAL EXHIBITS-.pdf