UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| GREGORY NICHOLAS STESHENKO,<br><br>Plaintiff,<br><br>v.<br><br>SUZANNE GAYRARD, et al.,<br><br>Defendants. | Case No.  13-CV-03400-LHK<br>13-CV-04948-LHK<br><br>**ORDER RE PROPOSED CASE SCHEDULE** |
| GREGORY NICHOLAS STESHENKO,<br><br>Plaintiff,<br><br>v.<br><br>GERALDINE ALBEE, et al.,<br><br>Defendants. | |

In light of the parties' joint case management statement, the Court proposes the following amended case schedule:

FACT DISCOVERY CUTOFF: June 12, 2015

EXPERT DISCOVERY:
    Opening Reports: June 26, 2015
    Rebuttal Reports: July 10, 2015

1

Case Nos.:13-CV-03400-LHK; 13-CV-04948-LHK
ORDER RE PROPOSED CASE SCHEDULE

Close of Expert Discovery: July 17, 2015

DISPOSITIVE MOTIONS shall be filed by July 31, 2015, and set for hearing no later than September 10, 2015 at 1:30 p.m. The parties are limited to one dispositive motion per side in the entire case.

FINAL PRETRIAL CONFERENCE: November 12, 2015, at 1:30 p.m.

JURY/COURT TRIAL: December 1, 2015, at 9 a.m. Trial is expected to last 7 days.

The parties shall file any objections to the Court's proposed schedule by 2 p.m. on Tuesday, January 13, 2015. If the parties do not object, the Court will adopt the amended case schedule and continue the January 15, 2015 case management conference to April 22, 2015.

The Court again refers Mr. Steshenko to the Federal Legal Assistance Self-Help Center (FLASH). Mr. Steshenko can visit the Center on the 2nd floor of the San Jose federal courthouse or call (408) 297-1480, Monday through Wednesday from 9:30 a.m. to 4 p.m.

The Court refers this case to Magistrate Judge Nathanael Cousins for a settlement conference with a sixty-day deadline.

**IT IS SO ORDERED**.

Dated: January 12, 2015

_____
LUCY H. KOH
United States District Judge