UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| GREGORY NICHOLAS STESHENKO,<br><br>Plaintiff,<br><br>v.<br><br>SUZANNE GAYRARD, et al.,<br><br>Defendants. | Case No. 13-CV-03400-LHK<br>13-CV-04948-LHK<br><br>**CASE MANAGEMENT ORDER** |
| GREGORY NICHOLAS STESHENKO,<br><br>Plaintiff,<br><br>v.<br><br>GERALDINE ALBEE, et al.,<br><br>Defendants. | |

On January 12, 2015, the Court issued a proposed amended case schedule in light of the parties' joint case management statements. Plaintiff Steshenko filed a conditional objection to the proposed amended case schedule based on an outstanding discovery motion filed in *Steshenko v. Albee*, No. 13-3400, on November 19, 2014. That motion will be decided in due course. As the parties raised no other objections to the Court's proposed amended schedule, the Court adopts the

1
Case Nos.:13-CV-03400-LHK; 13-CV-04948-LHK
CASE MANAGEMENT ORDER

following amended schedule:

FACT DISCOVERY CUTOFF: June 12, 2015

EXPERT DISCOVERY:
    Opening Reports: June 26, 2015
    Rebuttal Reports: July 10, 2015
    Close of Expert Discovery: July 17, 2015

DISPOSITIVE MOTIONS shall be filed by July 31, 2015, and set for hearing no later than September 10, 2015 at 1:30 p.m. The parties are limited to one dispositive motion per side in the entire case.

FINAL PRETRIAL CONFERENCE: November 12, 2015, at 1:30 p.m.

JURY/COURT TRIAL: December 1, 2015, at 9 a.m. Trial is expected to last 7 days.

The Court continues the January 15, 2015 case management conference to April 22, 2015, at 2 p.m.

**IT IS SO ORDERED**.

Dated: January 13, 2015

_____
LUCY H. KOH
United States District Judge

2

Case Nos.:13-CV-03400-LHK; 13-CV-04948-LHK
CASE MANAGEMENT ORDER