UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREGORY NICHOLAS STESHENKO,

    Plaintiff,

v.

SUZANNE GAYRARD, et al.,

    Defendants.

Case No. 5:13-cv-03400 LHK (HRL)

**INTERIM ORDER RE DISCOVERY DISPUTE JOINT REPORT NO. 1**

    Plaintiff and Board of Trustees of the California State University have submitted Discovery Dispute Joint Report (DDJR) No. 1, to which they apparently intended to append a copy of plaintiff's document requests and defendant's responses as Exhibit A. There is, however, no Exhibit A to the DDJR submitted to the court. Accordingly, the parties shall promptly submit to this court a copy of the pertinent requests and responses.

    SO ORDERED.

Dated: January 23, 2015

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:13-cv-03400-LHK Notice has been electronically mailed to:

Gregory Nicholas Steshenko      gsteshen@yahoo.com, gsteshen@rocketmail.com

Jeffrey Richard Vincent     Jeffrey.Vincent@doj.ca.gov, bernie.hardy@doj.ca.gov, shontane.adams@doj.ca.gov

Rohit Kodical     rohit.kodical@doj.ca.gov, bernie.hardy@doj.ca.gov, craig.modlin@doj.ca.gov, denise.geare@doj.ca.gov, ecfcoordinator@doj.ca.gov, rhonda.owens@doj.ca.gov